**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ELISE DAVIS**                                                                                    **PLAINTIFF**

**v.**                                            **Case No. 4:19-cv-00548-LPR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that the Commissioner's decision is AFFIRMED and judgment is entered in

favor of the Defendant.

IT IS SO ADJUDGED this 21st day of August 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE